UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JULIO CESAR PRADO,

                        Petitioner,
                                                                           9:23-CV-0341
v.                                                                  (GTS/DJS)

D. CHRISTENSEN, *Warden*,

                        Respondent.
_____

APPEARANCES:                                      OF COUNSEL:

JULIO CESAR PRADO, 32653-069
  Petitioner, *Pro Se*
Ray Brook Federal Correctional Institution
P.O. Box 900
Ray Brook, New York 12977

OFFICE OF THE UNITED STATES ATTORNEY    KAREN FOSTER LESPERANCE, ESQ.
  Counsel for Respondent                              Assistant United States Attorney
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, New York 12207

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

      Currently before the Court, in this *habeas corpus* proceeding filed by Julio Cesar Prado ("Petitioner") against David Christensen ("Respondent") pursuant to 28 U.S.C. § 2241, is the Report-Recommendation of former Chief United States Magistrate Judge Thérèse Wiley Dancks recommending that Petitioner's Petition be denied and dismissed and that a certificate of appealability be denied pursuant to 28 U.S.C. § 2253(c). (Dkt. No. 12.) The parties have not filed an Objection to the Report-Recommendation, and the time in which to do so has expired. (*See generally* Docket Sheet.)

After carefully reviewing the relevant papers herein, including Magistrate Judge Dancks' thorough Report-Recommendation, the Court can find no clear-error in the Report-Recommendation:[1] Magistrate Judge Dancks employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts.  As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein.  (Dkt. No. 12.)

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Dancks' Report-Recommendation (Dkt. No. 12) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Petitioner's Petition for a writ of *habeas corpus* (Dkt. No. 1) is **DENIED** and **DISMISSED**; and it is further

**ORDERED** that a Certificate of Appealability shall not be issued, because Petitioner has not made a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2).

Dated:  February 25, 2026
       Syracuse, New York

*[signature]*
Glenn T. Suddaby
U.S. District Judge

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review.  Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition.  When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  *Id*.; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).